FILED
2024 Aug-14  PM 01:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev.10/16)

## United States District Court
### for the
### NORTHERN DISTRICT OF ALABAMA

FILED

2024 AUG 14  P 1:15

U.S. DISTRICT COURT
N.D. OF ALABAMA

SHARON D. PATTON
_____
**Plaintiff**
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

SHARON D. PATTON
**v.**
United states Postal Service
(USPS) - Louis DeJoy - US Postmaster
Jim Mulcahy                           General
KATHLEEN Martin
Allison Mundy
RACHUREL CARTER-FREEMAN
_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

SOUTHERN DIVISION

Case No.: 2:24cv1105-GMB
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

**A.   The Plaintiff**

Name             SHARON D. PATTON
Street Address   5931 PRINCESS BLVD
City and County  BIRMINGHAM, JEFFERSON
State and Zip Code  ALABAMA, 35215
Telephone Number  (205) 566-6703

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 1
  Name **United States Postal Service (USPS)**
  Job or Title **Agency - Louis DeJoy. US Postmaster General**
  Street Address **351 24th Street North**
  City and County **Birmingham, Jefferson**
  State and Zip Code **Alabama, 35203**

Defendant No. 2
  Name **Jim Mulcahy**
  Job or Title **Senior/Lead MDO/B'ham P/DC Main Post Off.**
  Street Address **351 24th Street North**
  City and County **Birmingham, Jefferson**
  State and Zip Code **Alabama, 35203**

Defendant No. 3
  Name **Kathleen Martin**
  Job or Title **Manager of Occupational Health Claims**
  Street Address **351 24th Street North**
  City and County **Birmingham, Jefferson**
  State and Zip Code **Alabama, 35203**

Defendant No. 4
  Name **Allison Mundy (Mundi)**
  Job or Title **Injury Comp. Specialist**
  Street Address **351 24th Street North**
  City and County **Birmingham, Jefferson**
  State and Zip Code **Alabama, 35203**

Defendant No. 5
    Name        RACHUREL CARTER - FREEMAN
    Job or Title     PROCESSING Support Spec. / Tour Supervisor
    Street Address  351 24TH STREET NORTH
    City and County  BIRMINGHAM JEFFERSON
    State and Zip Code  BIRMINGHAM, 35203

*See Attachment
for Defendant No 6

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Constitutional or Federal Question  ☐ USA Defendant  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _____

Address _____

### B. If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

DISCRIMINATION UNDER TITTLE VII

(a) American DISABILITY ACT
(b) HARRASSMENT
(c) Wage DISCRIMINATION
(d) RACE

CON'T
LIST OF
DEFENDANTS

Defendant No. 6
   Name  -  GREG CURTIS
   Job or Title - Plant MANAGER - Official Capacity
   STREET Add. - 351 24TH STREET NORTH
   City and County - BIRMINGHAM, JEFFERSON
   STATE and Zip Code- ALABAMA, 35203

Pro Se General Complaint for a Civil Case (Rev. 10/16)

C.    **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, *(name)*_____, is a citizen of the State of *(name)*_____.

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)*_____, is a citizen of the State of *(name)*_____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)*_____, is incorporated under the laws of the State of *(name)*_____, and has its principal place of business in the State of *(name)*_____.

      Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

      The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

      Asking 12yrs of salary/POTENTIAL SALARY LESS ANY DISABILITY AND WORKMANS COMPENSATION PAYMENTS RECEIVED).

III.    **Statement of Claim**

# Attachment III

III

8/14/2024

Denied claim/damages for discrimation of harrassment, american with disability Act, wage discrimination and race.

*Defendants:

1) Louis DeJoy in his official capacity (U.S. POSTMASTER General)

2) Jim Mulcahy - Senior/Lead MDO in 2012.
Initiated harrassment, discrimation race/age, denied reasonable accomodations).
Violated contract by placing me in a room and denying me proper access to employment (NPR class ACTION lawsuit).

3) KATHLEEN MARTIN (KATHY) Manager of Occupational Health Claims.
Collaborated with Jim Mulcahy (LMDO) to remove me from my job/bid. Participated in denying me of reasonable accomodations (American with Disability Act).
Ignored and disallowed medical information to deny me appropriate compensation for injury/occupational disease incurred at the USPS facility listed.

4) Allison Mundi - Injury Compensation Specialist (2012)
Collaborated with Jim Mulcahy, Kathleen Martin to remove me from my job/bid. Participated in denying me of Reasonable accomodations (American with DISABILITY ACT).
Ignored AND DISALLOWED MEDICAL INFORMATION TO DENY ME APPROPRIATE COMPENSATION FOR INJURY/OCCUPATIONAL DISEASE INCURRED AT THE USPS FACILITY LISTED.

3rd
attachment
III

5) Lachurel Carter-Freeman - Tour Supervisor (2012) / Processing Support Specialist

A tour supervisor (2012) who collaborated with
Jim Mulcahy, Kathleen Martin, Allison Mundi
to harrass me, deny me proper reasonable
accomodation(s)
Participated in creating lies and ~~falsified~~ falsification
of formation to get me fired.

Pro Se General Complaint for a Civil Case (Rev.10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Filed a required EEOC in 2012 because of violations perpetrated against me by employees of the USPS- United States Postal Service, (Louis DeJoy in his official Capacity.) Was NOT satisfied or agreed with decision from the USPS and the (OFO) OFFICE of Federal Operations. (AJ) Administrative Judge Mason Barrett awarded me both compensatory/punitive damages but was appealed by the USPS/Louis DeJoy (PostmasTER General in his official capacity. (see Attachments) III

## IV.    Relief.

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff(I) is asking for financial compensation for all compensatory and punitive damages that the Administrative Judge(s) awarded me. ALL MONIES that I was personally responsible for paying my attorney(s) AND ALL OF FEES THAT I INCURRED. From 2012 to present.

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _SHARON D._ Last Name _PATTON_

Mailing Address _5931 PRINCESS BLVD._

City and State _BIRMINGHAM, ALABAMA_    Zip Code _35215_

Telephone Number _(205)566-6763_

E-mail Address _madampecan@hotmail.com_

Signature of plaintiff _Sharon D. Patton_

Date signed _August 14, 2024_

## **OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at <u>www.pacer.gov</u>

Pro Se General Complaint for a Civil Case (Rev.10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

☒ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request , the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

madampecan@hotmail.com

Participant signature: Sharon L. Patton

Date: August 14, 2024

Page 7 of 7